# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 131 WAL 2017
                                         :

           Respondent        :

                                         :  Petition for Allowance of Appeal from
                                       :  the Order of the Superior Court
           v.              :

                                         :

                                       :

SHAUN MICHAEL HOWARD,         :

                                       :

           Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.